AO 106 (Rev. 04/10) Application for a Search Warrant

Case 1:19-mj-01150-BPG   Document 2   Filed 04/17/19   Page 1 of 1

FILED
ENTERED
LOGGED
RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

APR 17 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  19-1150 BPG
Information associated with the Google accounts further )
described in Attachment A-2 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-2

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1343 | Wire Fraud |
| 18 U.S.C. §1349 | Wire and Mail Fraud Conspiracy |

The application is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Russell Stoner, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-3-19

_____
*Judge's signature*

City and state: Baltimore, MD     Beth P. Gesner, Chief U.S. Magistrate Judge
*Printed name and title*